461 A.2d 794

**COMMONWEALTH of Pennsylvania**

v.

**Montino ANDERSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1983.

Decided July 1, 1983.

Carolann M. Mullin, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Asst. Dist. Atty., Chief, Appeals Div., Kenneth Gallant, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The Judgment of Sentence is affirmed.